UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASON A. FARMER                                                                                    PETITIONER

v.                                        No. 5:20-CV-05088

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                           RESPONDENT

**ORDER**

The Court has received a report and recommendation (Doc. 14) from Chief United States Magistrate Judge Erin L. Wiedemann.  No objections were filed and the deadline to object has passed.  The Magistrate Judge recommends that the Court deny Petitioner's 28 U.S.C. § 2254 application for a writ of habeas corpus and dismiss this case.  The Magistrate Judge further recommends that no certificate of appealability should issue.  The Court has carefully reviewed the report and recommendation and the record and has found no reason to depart from the report and recommendation.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 14) is ADOPTED IN FULL.  The petition (Doc. 1) for a writ of habeas corpus is DENIED and this case is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.  Judgment will be entered accordingly.

IT IS SO ORDERED this 12th day of November, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE